UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RAMON RODRIGUEZ LEYVA,<br><br>    Plaintiff,<br><br>    v.<br><br>BILL BROWN, et al.,<br><br>    Defendants. | Case No. 20-cv-05597-RMI<br><br>**ORDER TRANSFERRING CASE** |

This is a civil rights case brought *pro se* by a state prisoner who was incarcerated at Santa Barbara County Jail. Plaintiff presents allegations concerning events that occurred at the Santa Barbara County Jail, which is located in the Central District of California. Plaintiff is currently incarcerated in the Northern District of California, however the Central District of California is where both the incident in question occurred, and where Defendants are domiciled. Venue, therefore, properly lies in the Central District, and not in the Northern District. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: September 16, 2020

ROBERT M. ILLMAN
United States Magistrate Judge