# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RAMON RODRIGUEZ LEYVA,<br><br>Plaintiff,<br><br>v.<br><br>BILL BROWN et al.,<br><br>Defendants. | Case No. CV 20-08483-JAK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

    IT IS THEREFORE ORDERED that, with the exception of Plaintiff's "failure to protect" claim against Deputy Nash in Nash's individual capacity, Plaintiff's claims set out in the First Amended Complaint are dismissed with prejudice.

Date: August 25, 2021

_____
JOHN A. KRONSTADT
United States District Judge