# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RAMON RODRIGUEZ LEYVA, | Case No. CV 20-08483-JAK (DFM) |
| Plaintiff(s), | JUDGMENT |
| v. | |
| BILL BROWN et al., | |
| Defendant(s). | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendant's Motion to Dismiss is granted and this action is dismissed with prejudice.

Date:  August 15, 2023

_____
JOHN A. KRONSTADT
United States District Judge